UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-21237-CIV-GAYLES/TURNOFF

**JULIUS SEILER**,

    Plaintiff,

v.

**MIAMI THEATER CENTER INC.**
d/b/a MIAMI THEATER CENTER,

    Defendant.
_____/

## NOTICE OF COURT PRACTICE
## UPON NOTICE OF SETTLEMENT

**THIS CAUSE** comes before the Court upon Defendant's Notice of Settlement [ECF No. 9], which indicates that a settlement has been reached in this case. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal along with any other pertinent document(s) necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of May, 2016.

                                                                     DARRIN P. GAYLES
                                                                     UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
        All Counsel of Record